# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-193-RJC-DCK

| | |
|---|---|
| SHERI BOONE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BURNS & WILCOX, LTD., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Stay" (Document No. 12) filed May 6, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

On this date, the Court has already granted Defendant's "Consent Motion For Extension Of Time To Respond To Motion To Remand For Lack Of Diversity Jurisdiction" (Document No. 10). See (Document No. 11). That motion did not mention the parties' interest in staying consideration of Defendant's "Motion To Transfer And Dismiss" (Document No. 7). Id.

It appears that one thing the parties agree on is that this matter should not be before this Court. See (Document Nos. 5 and 7). The undersigned will respectfully decline to extend consideration of the Court's jurisdiction of this lawsuit into multiple stages. Instead, the briefing shall remain on schedule with equal extensions for both sides. Counsel are respectfully encouraged to explore an early settlement of this litigation, or at least seek consensus on where their dispute should be litigated.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Stay" (Document No. 12) is **DENIED**. Plaintiff shall file a response to Defendant's "Motion To Transfer And Dismiss" (Document No. 7) on or before **June 5, 2020**.

**IT IS FURTHER ORDERED** that counsel for the parties shall confer on or before **May 20, 2020**, via telephone, Skype, Zoom or other technology that allows a live interaction to assist in a meaningful and good faith effort to resolve the issues before this Court.

**SO ORDERED**.

Signed: May 6, 2020

David C. Keesler
United States Magistrate Judge